**Fill in this information to identify the case:**

Debtor name    **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13090**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■    Amended *Schedule*    **20 Largest Unsecured Creditors & Matrix**

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**        X **/s/ Dr. Robert C. Amster**
                                    Signature of individual signing on behalf of debtor

                                    **Dr. Robert C. Amster**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Laguna Dana Urgent Care Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13090** |

☑ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Access Medical Management 2325 W. Victory Blvd. Suite #1 Burbank, CA 91506** | | **Business Debt** | | | | **$67,244.10** |
| **Amber Jo Payne 33751 Oldbridge Road Dana Point, CA 92629** | | **Unpaid wages/salary** | | | | **$2,633.99** |
| **Atul N. Sharma 424 15th Street, #2801 San Diego, CA 92101** | | **Unpaid wages/salary** | | | | **$2,095.49** |
| **Continental Maintenance, Inc. 13318 Mapledale Street Norwalk, CA 90650** | | **Business Debt** | | | | **$4,440.00** |
| **Cox Communications P.O. Box 53280 Phoenix, AZ 85072** | | **Utilities** | | | | **$2,256.23** |
| **Jennifer Amster 822 E Lomita Avenue Orange, CA 92867** | | **Unpaid wages/salary** | | | | **$1,758.20** |
| **Joline Tilly 340 Ashton Drive Laguna Beach, CA 92651** | | **Business Debt** | | | | **$7,500.00** |
| **Joselle P. Peralta 8160 Orangewood Avenue, #4 Stanton, CA 90680** | | **Unpaid wages/salary** | | | | **$2,392.99** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kirsten Fick**<br>**8 Malaquita**<br>**Coto De Caza, CA**<br>**92679** | | **Unpaid wages/salary** | | | | **$2,296.72** |
| **Les A. Mershon**<br>**8712 N Magnolia**<br>**Avenue, #232**<br>**Santee, CA 92071** | | **Unpaid wages/salary** | | | | **$2,165.85** |
| **Medline**<br>**Dept. LA 21558**<br>**Pasadena, CA 91185** | | **Business Debt** | | | | **$8,360.87** |
| **Monarch Beach**<br>**Promenade**<br>**24040 Camino Del**<br>**Avion**<br>**Dana Point, CA**<br>**92629** | | **Business Debt** | | | | **$12,256.36** |
| **Preferred Property**<br>**Maintenance**<br>**5 Holland #123**<br>**Irvine, CA 92618** | | **Business Debt** | | | | **$2,034.84** |
| **Provider Healthcare,**<br>**LLC**<br>**4252 South**<br>**Highland Drive Suite**<br>**104**<br>**Salt Lake City, UT**<br>**84124** | | **Business Debt** | | | | **$3,561.71** |
| **PSS World Medical,**<br>**Inc.**<br>**P.O. Box 749499**<br>**Los Angeles, CA**<br>**90074** | | **Business Debt** | | | | **$8,529.71** |
| **Robert Amster, M.D.**<br>**32 Drakes Bay Drive**<br>**Corona Del Mar, CA**<br>**92625** | | **Unpaid wages/salary** | | | | **$4,769.97** |
| **Sean Murphy**<br>**22861 Royal**<br>**Adelaide Drive**<br>**Murrieta, CA 92562** | | **Unpaid wages/salary** | | | | **$2,340.18** |
| **Shannon Sohn**<br>**3660 Vista Campana**<br>**N, #21**<br>**Oceanside, CA**<br>**92057** | | **Unpaid wages/salary** | | | | **$2,653.57** |
| **The New Answernet**<br>**4778 Dewey Drive**<br>**Fair Oaks, CA**<br>**95628-4401** | | **Business Debt** | | | | **$1,656.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | **$3,712.72** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Cypress Urgent Care, Inc., Case No.8:17-bk-13089-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Anaheim Hills, Inc., Case No. 8:17-bk-13080-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Huntington Harbour, Inc., Case No. 8:17-bk-13078-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Orange, Inc., Case No. 8:17-bk-13079-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Tustin, Inc., Case No. 8:17-bk-13077_TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Tustin, California** , California.

Date: **August 25, 2017**

**/s/ Dr. Robert C. Amster**
**Dr. Robert C. Amster**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Laguna Dana Urgent Care Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:17-bk-13090** |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $     559,548.89

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     559,548.89

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     1,509,753.73

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     36,991.35

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     129,654.41

4.   Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b

$     1,676,399.49

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:17-bk-13090**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | **9023** | **$17,447.82** |
| 3.2. | **Opus Bank** | **Checking Account** | **7857** | **$22,506.89** |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | **8959** | **$3,776.58** |
| 3.4. | **Union Bank** | **Checking Account (Receiver's Account)** | **4576** | **$19,480.50** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$63,311.79**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(If known)* **8:17-bk-13090** |
|--------|----------------------------------|--------------------------------------------|
|        | Name                             |                                            |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Security Deposit for Office Rent** ......................................................... $10,000.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                              $10,000.00
    Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 301,892.17 | - | 0.00 | = .... | $301,892.17 |
|---------------------------|------------|---|------|--------|-------------|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 144,019.93 | - | 0.00 | =.... | $144,019.93 |
|------------------------|------------|---|------|-------|-------------|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                             $445,912.10
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number *(If known)* | **8:17-bk-13090** |
|---|---|---|---|---|
| | Name | | | |

| **Various Medical, Drug, and Office Supplies** | 07/31/2017 | Unknown | Comparable sale | $20,000.00 |
|---|---|---|---|---|

23. **Total of Part 5.**          **$20,000.00**

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   - ■ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ■ Yes. Book value    **2570**   Valuation method        Current Value    **1500**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ■ No.  Go to Part 7.
   - ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No.  Go to Part 8.
   - ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Miscellaneos Desks, File Cabinets, Magazine Rack, Office Furnishings, Chairs, Tables, Breakroom Equipment, Lamps, Bookcases, Reception Furniture, Frame(s), Decorative Items, etc.** | Unknown | Comparable sale | $1,350.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous Computers, Computers Equipment, Printer(s), Scanner(s), Compauter Software(s), Telephone(s), and Telephone System(s).** | Unknown | Comparable sale | $1,665.00 |
| | **1 CR System for Printing X-Rays (Fuji, FCR Capsula XL II)** | $0.00 | Comparable sale | $5,000.00 |
| | **2 Exam Room Tables (Midmark, Ritter 108)** | $0.00 | Comparable sale | $100.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Laguna Dana Urgent Care Inc.**                    Case number *(If known)*  **8:17-bk-13090**
Name

| | | | |
|---|---|---|---|
| **2 Exam Room Stretchers (Midmark, 535)** | $0.00 | Comparable sale | $350.00 |
| **1 Autoclave (Midmark, M11 Ultraclave)** | $0.00 | Comparable sale | $100.00 |
| **2 Hanging Examination Lights -Single (Midmark, Ritter 355 -028)** | $0.00 | Comparable sale | $500.00 |
| **1 X-Ray Table (Tingle X-Ray, Transworld A802; 13-C2M-64; SN: 960404)** | $0.00 | Comparable sale | $8,000.00 |
| **6 Otoscope / Opthalmoscope Systems (Welch Allyn, 76710)** | $0.00 | Comparable sale | $600.00 |
| **1 Baby Scale (Midmark, Baby Scale)** | $0.00 | Comparable sale | $50.00 |
| **1 Eye Examination Station with Power Table Top (Con SL-1E; PS11A Power Supply)** | $0.00 | Comparable sale | $850.00 |
| **3 Stationary Exam Room Tables (Midmark, Stationary Exam Room Table)** | $0.00 | Appraisal | $250.00 |
| **1 Urine Analyzer (Welch Allyn, 120 Urine Analyzer)** | $0.00 | Appraisal | $25.00 |
| **1 Vitals Monitor with Stand (Welch Allyn, Vitals Monitor with Stand)** | $0.00 | Comparable sale | $100.00 |
| **1 Portable Defribrillator (AED) (Cardiac Science, Portable Powerheart AED G3)** | $0.00 | Comparable sale | $150.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **1 ECG Monitoring System with Stand & Table (Welch Allyn, ECG Monitoring System)** | $0.00 | Comparable sale | $100.00 |
| **1 Refrigerator** | $0.00 | Comparable sale | $180.00 |
| **1 Washer / Dryer Pair** | $0.00 | Comparable sale | $180.00 |
| **1 High / Low Exam Table (Brewer, High / Low Exam Table / Chair)** | $0.00 | Comparable sale | $250.00 |
| **Other Miscellaneous Medical Equipment** | $0.00 | Comparable sale | $500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(If known)* **8:17-bk-13090** |
|---|---|---|
| | <sub>Name</sub> | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $20,325.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customers List | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(If known)* **8:17-bk-13090** |
|---|---|---|
| | Name | |

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.** | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Laguna Dana Urgent Care Inc.**                              Case number *(If known)*  **8:17-bk-13090**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$63,311.79** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$10,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$445,912.10** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$20,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$20,325.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$559,548.89** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$559,548.89** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:17-bk-13090**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1  Cardinal Health**
Creditor's Name

**7000 Cardinal Place**
**Dublin, OH 43017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 2014**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All business assets, including goods, equipment, inventory, accounts, chattel paper, etc. UCC-1 (14-7418867965)**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **Unknown**

---

**2.2  General Electric Capital Corp.**
Creditor's Name

**One Beacon Street**
**2nd Floor**
**Boston, MA 02108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 2008**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Assets, including all equipment, inventory, investment property, cash and deposit accounts, fixtures, etc. UCC-1 (08-7150464742)**

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**
Column B: **Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(if know)* | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Opus Bank** | | | |
|---|---|---|---|---|

| | | Describe debtor's property that is subject to a lien | **$1,313,778.15** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**19900 MacArthur Blvd., 12th Floor Irvine, CA 92612**

Creditor's mailing address

**All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380725167)**

Describe the lien

**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**September 2013**

**Last 4 digits of account number**
**0180**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Opus Bank** | | | |
|---|---|---|---|---|

| | | Describe debtor's property that is subject to a lien | **$195,975.58** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**19900 MacArthur Blvd., 12th Floor Irvine, CA 92612**

Creditor's mailing address

**All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380725167)**

Describe the lien

**Line of Credit**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**September 2013**

**Last 4 digits of account number**
**0182**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,509,753.73** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number (if know) | **8:17-bk-13090** |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line __2.3__ | |
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line __2.4__ | |
| **David Stapleton**<br>**515 So. Flower St., 36th Floor,**<br>**Los Angeles, CA 90071** | Line __2.3__ | |
| **David Stapleton**<br>**515 So. Flower St., 36th Floor,**<br>**Los Angeles, CA 90071** | Line __2.4__ | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line __2.3__ | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line __2.4__ | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line __2.3__ | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line __2.4__ | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line __2.3__ | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line __2.4__ | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line __2.3__ | **3600** |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line __2.4__ | **3600** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if know) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line | **2.3** |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line | **2.4** |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line | **2.3** |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line | **2.4** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:17-bk-13090**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Amber Jo Payne**<br>**33751 Oldbridge Road**<br>**Dana Point, CA 92629** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,633.99 | $2,633.99 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Angela Corning**<br>**993 Iron Horse Drive**<br>**San Marcos, CA 92078** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $395.60 | $395.60 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2,095.49 | $2,095.49 |
|---|---|---|---|---|---|

**Atul N. Sharma**
**424 15th Street, #2801**
**San Diego, CA 92101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,651.81 | $1,651.81 |
|---|---|---|---|---|---|

**Brigette Mendieta**
**5 Tortuga**
**Irvine, CA 92606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $435.20 | $435.20 |
|---|---|---|---|---|---|

**Danielle Follweiler**
**3332 Florista Street**
**Los Alamitos, CA 90720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $71.20 | $71.20 |
|---|---|---|---|---|---|

**Faye Amster**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.97 | $782.97 |
|---|---|---|---|---|

**Jana Campbell**
**25241 Sacul Place**
**Laguna Niguel, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,431.97 | $1,431.97 |
|---|---|---|---|---|

**Janette Nunez**
**910 Paula Street**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758.20 | $1,758.20 |
|---|---|---|---|---|

**Jennifer Amster**
**822 E Lomita Avenue**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.80 | $53.80 |
|---|---|---|---|---|

**Jillian Piper**
**2942 North Sandy Beach Drive**
**Bay City, MI 48706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,392.99 | $2,392.99 |

**Joselle P. Peralta**
**8160 Orangewood Avenue, #4**
**Stanton, CA 90680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.60 | $410.60 |

**Kevin H.**
**1240 E. Ontario Ave.,**
**Suite 102-170**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,296.72 | $2,296.72 |

**Kirsten Fick**
**8 Malaquita**
**Coto De Caza, CA 92679**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.20 | $205.20 |

**Kristin Walsh**
**Walsh Consulting, Inc.**
**46 Serenity**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.60 | $439.60 |
|---|---|---|---|---|

**Kylee Lucas**
**1330 East Balsam**
**Anaheim, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165.85 | $2,165.85 |
|---|---|---|---|---|

**Les A. Mershon**
**8712 N Magnolia Avenue, #232**
**Santee, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Lori Strawn**
**1401 Reisig Road**
**Saginaw, MI 48604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.60 | $208.60 |
|---|---|---|---|---|

**Marissa Munoz**
**2020 W Alameda Avenue, Apt. 16**
**Anaheim, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,238.87 | $1,238.87 |
|---|---|---|---|---|

**Martin Hernandez**
**P.O. Box 10934**
**Santa Ana, CA 92711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.80 | $376.80 |
|---|---|---|---|---|

**Patricia Lopez**
**12207 Payton**
**Irvine, CA 92620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.10 | $1,307.10 |
|---|---|---|---|---|

**Regina L. Petersen**
**P.O. Box 721193**
**San Diego, CA 92172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,405.69 | $1,405.69 |
|---|---|---|---|---|

**Richard F. Prince, M.D.**
**11 Auvergne**
**Newport Coast, CA 92657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,769.97** | **$4,769.97** |

**Robert Amster, M.D.**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,340.18** | **$2,340.18** |

**Sean Murphy**
**22861 Royal Adelaide Drive**
**Murrieta, CA 92562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$746.24** | **$746.24** |

**Shadi Aghayeghazvini**
**26182 Sanz, #D**
**Mission Viejo, CA 92691**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,653.57** | **$2,653.57** |

**Shannon Sohn**
**3660 Vista Campana N, #21**
**Oceanside, CA 92057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,577.14 | $1,577.14 |
|---|---|---|---|---|

**Stephanie Leyva**
**4312 Cassanna Way, #204**
**Oceanside, CA 92057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,027.00 | $1,027.00 |
|---|---|---|---|---|

**Woodrow Wilson, M.D.**
**24092 Atun**
**Monarch Beach, CA 92629-4160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.15 |
|---|---|---|---|

**A-S Medication Solutions LLC**
**PO Box 8**
**Fremont, NE 68025**

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,244.10 |
|---|---|---|---|

**Access Medical Management**
**2325 W. Victory Blvd. Suite #1**
**Burbank, CA 91506**

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.62 |
|---|---|---|---|

**Action 1st Loss Prevention**
**32861 Dana Poplar**
**Dana Point, CA 92629**

Date(s) debt was incurred  2016-2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|
| **Admiral Pest Control**<br>**9434 Artesia Blvd.**<br>**Bellflower, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.37** |
|---|---|---|
| **ADT Security Services**<br>**4161 E La Palma Ave.**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517.00** |
|---|---|---|
| **Advanced Copier Printers**<br>**16303 1/2 Piuma Ave.**<br>**Cerritos, CA 90703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **All Medical Personnel, LLC**<br>**Attention: Ray Iturrioz**<br>**4000 Hollywood Blvd, Ste 600N**<br>**Hollywood, FL 33021** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt -**<br>**Listed for notice purposes only because no direct privity relationship exists with the Debtor.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|
| **All Star Recruiting**<br>**P.O. Box 823424**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **ATC Healthcare Services, Inc.**<br>**75 Remittance Drive Dept 6773**<br>**Chicago, IL 60675-6773** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt -**<br>**Listed for notice purposes only because no direct privity relationship exists with the Debtor.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.50** |
|---|---|---|
| **Audiology Systems**<br>**Dept CH 16948**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016-2017** | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,168.95** |
|---|---|---|---|

**Consolidated Business Services**
**6510 Academy Blvd., Ste. A-311**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,440.00** |
|---|---|---|---|

**Continental Maintenance, Inc.**
**13318 Mapledale Street**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.33** |
|---|---|---|---|

**CorVel Corporation**
**10750 4th Street,**
**Suite 100**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,256.23** |
|---|---|---|---|

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.60** |
|---|---|---|---|

**Culligan of Santa Ana**
**Lockbox Processing**
 **P.O. Box 2903**
**Wichita, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Danielle Robins**
**339 Chestnut Ave.**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Fire Doctor Extinguisher Company**
**13656 #B Red Hill Ave.**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Freedom Imaging, Inc.**
1401 Ball Rd., Suite E
Anaheim, CA 92805

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Harris Medical Associates**
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Integrity Locums**
P.O. Box 823424
Philadelphia, PA 19182-3424

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |

**Joline Tilly**
340 Ashton Drive
Laguna Beach, CA 92651

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,360.87** |

**Medline**
Dept. LA 21558
Pasadena, CA 91185

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00** |

**Meridian Building Maintenance**
4220 Park Newport, Suite 410
Newport Beach, CA 92660

Date(s) debt was incurred  **2016 - 2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Recruiting, LLC**
**3020 Saturn Street, Ste. 201**
**Brea, CA 92821**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __2016-2017__

**Basis for the claim:** __Business Debt -__
__Listed for notice purposes only because no direct privity relationship__
__exists with the Debtor.__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,256.36** |
|---|---|---|---|

**Monarch Beach Promenade**
**24040 Camino Del Avion**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016 - 2017__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$418.20** |
|---|---|---|---|

**PDR Distribution, LLC**
**P.O. Box 2244**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,034.84** |
|---|---|---|---|

**Preferred Property Maintenance**
**5 Holland #123**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,561.71** |
|---|---|---|---|

**Provider Healthcare, LLC**
**4252 South Highland Drive Suite 104**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,529.71** |
|---|---|---|---|

**PSS World Medical, Inc.**
**P.O. Box 749499**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,034.23** |
|---|---|---|---|

**SDGE**
**305 N. El Camino Real**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016 - 2017__

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number (if known) | **8:17-bk-13090** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,656.00 |
|---|---|---|---|

**The New Answernet**
4778 Dewey Drive
Fair Oaks, CA 95628-4401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.92 |
|---|---|---|---|

**Thermal Combustion Innovators, Inc.**
241 W. Laurel Street
Colton, CA 92324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Weatherby Healthcare**
P.O. Box 972633
Dallas, TX 75397-2633

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,712.72 |
|---|---|---|---|

**Xerox Corporation**
P.O. Box 650361
Dallas, TX 75265-0361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016-2017__

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 36,991.35 |
| 5b. Total claims from Part 2 | 5b. + | $ | 129,654.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 166,645.76 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13090**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining    **N/A** | **ADOC Medical Group** |
| List the contract number of any government contract | **600 City Pkwy W #400** **Orange, CA 92868** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining    **N/A** | **AETNA** |
| List the contract number of any government contract | **1200 W. 7th Street** **Suite 5** **Los Angeles, CA 90017** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining    **N/A** | **Allied Benefits Systems** |
| List the contract number of any government contract | **200 West Adams Street** **Suite 500** **Chicago, IL 60606** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| State the term remaining    **N/A** | **Altius Healthcare** |
| List the contract number of any government contract | **1151 Iron Springs Road** **Suite D** **Prescott, AZ 86305** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Laguna Dana Urgent Care Inc. | | | Case number (if known) | 8:17-bk-13090 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Ameri Health**<br>**1901 Market Street**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **American Medical and Life Insurance**<br>**110 William Street**<br>**New York, NY 10038** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMS - American Medical Security**<br>**818 W 7th Street**<br>**Suite 930**<br>**Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMVI Medical Group**<br>**400 Corporate Pointe**<br>**Culver City, CA 90230** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Arta**<br>**3333 Michelson Dr.**<br>**Suite 375**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Assurant Health**<br>**P.O. Box 624**<br>**Milwaukee, WI 53201** |
| | List the contract number of any | | |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | Case number (*if known*) | **8:17-bk-13090** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **AultCare** |
| | List the contract number of any government contract | | **2600 Sixth Street** <br> **SW Sixth Street Entrance** <br> **Canton, OH 44710** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Banner Choice Plus** <br> **P.O. Box 16423** <br> **NJ 08521-1000** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Beech Street Network** <br> **25500 Commercentre Dr.** <br> **Lake Forest, CA 92630** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Blue Cross** <br> **P.O. Box 60007** <br> **Los Angeles, CA 90060** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Blue Cross Covered California** <br> **21555 Oxnard Street** <br> **Woodland Hills, CA 91367** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Blue Cross Covered California** <br> **21555 Oxnard Street** <br> **Woodland Hills, CA 91367** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **State the term remaining**    **N/A** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Blue Shield of California** |
| | List the contract number of any government contract | **P.O. Box 272560** |
| | | **Chico, CA 95927** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/a** | **Bristol Park** |
| | List the contract number of any government contract | **11420 Warner Ave., Suite 110** |
| | | **Fountain Valley, CA 92708** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Caloptima Direct** |
| | List the contract number of any government contract | **505 City Pkwy W** |
| | | **Orange, CA 92868** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Care Mark** |
| | List the contract number of any government contract | **9501 E Shea Blvd.** |
| | | **Scottsdale, AZ 85260** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Care More Medical Group** |
| | List the contract number of any government contract | **303 S, Union Ave.** |
| | | **Los Angeles, CA 90017** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Caremore Medical Group** |
| | List the contract number of any government contract | | **12898 Towne Center Drive** **Cerritos, CA 90703** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Children Hospital of Orange County** |
| | List the contract number of any government contract | | **1201 La Veta** **Orange, CA 92868** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Choice Benefits** |
| | List the contract number of any government contract | | **8665 E Shea Blvd.** **Buffalo, NY 14221** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Cigna** |
| | List the contract number of any government contract | | **400 N. Brand Blvd.** **Glendale, CA 91203** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **CNIC Health Solutions** |
| | List the contract number of any government contract | | **740 Wooten Rd.** **Colorado Springs, CO 80915** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Cofinity** |
| | List the contract number of any | | **28588 Northwestern Hwy 380** **Southfield, MI 48034** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Laguna Dana Urgent Care Inc.**                                      Case number (*if known*)    **8:17-bk-13090**
                First Name            Middle Name            Last Name

<div style="background:purple;"> </div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|  | State the term remaining | **N/A** |
|  | List the contract number of any government contract | |

**Community Claims Administrator
2922 E. Chapman Ave.
Orange, CA 92869**

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
|  | State the term remaining | **N/A** |
|  | List the contract number of any government contract | |

**CoreSource
400 Field Drive
Lake Forest, IL 60045**

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
|  | State the term remaining | **N/A** |
|  | List the contract number of any government contract | |

**Coventry Health Care
2200 W, Orangewood Ave.
Orange, CA 92868**

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
|  | State the term remaining | **N/A** |
|  | List the contract number of any government contract | |

**Culinary Health Fund
1901 Las Vegas Blvd., S
Suite 107
Las Vegas, NV 89104**

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
|  | State the term remaining | **N/A** |
|  | List the contract number of any government contract | |

**Delta Health Systems
3244 Brookside Road
Stockton, CA 95219**

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|

**EBA & M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626**

Debtor 1    **Laguna Dana Urgent Care Inc.**
     First Name       Middle Name       Last Name

Case number (*if known*)    **8:17-bk-13090**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **N/A** | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **Federated Insurance** |
| | List the contract number of any government contract | | **1700 E. Garry Ave.** |
| | | | **Santa Ana, CA 92705** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **First Health** |
| | List the contract number of any government contract | | **6450 US Highway 1** |
| | | | **Rockledge, FL 32955** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **Gateway Medical Group** |
| | List the contract number of any government contract | | **710 N. Euclid Street** |
| | | | **Anaheim, CA 92801** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **GEHA** |
| | List the contract number of any government contract | | **P.O. Box 4665** |
| | | | **Independence, MO 64051-4665** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **Gemcare Health Plan** |
| | List the contract number of any government contract | | **4550 California Ave.** |
| | | | **Bakersfield, CA 93309** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number (*if known*) | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Genesis Medical Group** |
| | List the contract number of any government contract | | **9801 Westheimer** |
| | | | **Houston, TX 77042** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **GHI Health Plan** |
| | List the contract number of any government contract | | **P.O. BOX 3000** |
| | | | **New York, NY 10116** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Golden Rule Insurance Company** |
| | List the contract number of any government contract | | **1028 Pelican St.** |
| | | | **Effingham, IL 62401** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Great-West Healthcare** |
| | List the contract number of any government contract | | **6909 E. Greenway Pkwy** |
| | | | **Suite 180** |
| | | | **Scottsdale, AZ 85254** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Greater Newport Physicians** |
| | List the contract number of any government contract | | **330 Placentia Ave.** |
| | | | **Newport Beach, CA 92663** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **HCC Medical** |
| | List the contract number of any | | **P.O. Box 2005** |
| | | | **Farmington, MI 48333** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | Case number (*if known*) | **8:17-bk-13090** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Health Care Plan**<br>**1500 West Park Drive**<br>**Suite 300**<br>**Westborough, MA 01581** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Health EOS (EOS USA Headquarters)**<br>**10971 Sun Center Drive**<br>**Rancho Cordova, CA 95670** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Health Net**<br>**21650 Oxnard St.**<br>**Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Health Plus**<br>**3561 Howard Avenue**<br>**Suite 205**<br>**Los Alamitos, CA 90720** |
| | List the contract number of any government contract | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Healthcare Partners**<br>**2175 Park Place**<br>**El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Healthcare Partners Medical Group Attn:**<br>**19191 S. Vermont Ave #200**<br>**Torrance, CA 90502** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **N/A** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| **2.51.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **HealthScope** |
| | List the contract number of any government contract | | **815 Colorado Blvd.**<br>**Los Angeles, CA 90041** |

| **2.52.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Hoag Affiliated Physicians** |
| | List the contract number of any government contract | | **PO Box 6025**<br>**Orange, CA 92863** |

| **2.53.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Hoag Medical Group** |
| | List the contract number of any government contract | | **5630 E. Santa Ana Canyon Road**<br>**Anaheim, CA 92807** |

| **2.54.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Hoag Medical Group** |
| | List the contract number of any government contract | | **19582 Beach Blvd.**<br>**Suite 250**<br>**Huntington Beach, CA 92648** |

| **2.55.** | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Hoag Urgent Care - Anaheim Hills** |
| | List the contract number of any government contract | | **5630 E. Santa Ana Canyon Road**<br>**Anaheim, CA 92807** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number (*if known*) | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Humana** |
| | List the contract number of any government contract | | **500 W. Main Street** **Louisville, KY 40202** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Humana** |
| | List the contract number of any government contract | | **500 W. Main Street** **Louisville, KY 40202** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **LIfewise Health Plan** |
| | List the contract number of any government contract | | **7001 220th St. SW Bldg. 3** **Mountlake Terrace, WA 98043** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mail Handlers Benefit Plan** |
| | List the contract number of any government contract | **N/A** | **P.O. Box 997105** **Sacramento, CA 95899** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Medical Life Insurance** |
| | List the contract number of any government contract | | **915 Blvd 26** **North Richland Hills, TX 76180** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement No.W21921** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Medicare** |
| | List the contract number of any | | **440 E. Middlefield Road** **Mountain View, CA 94043** |

Debtor 1    **Laguna Dana Urgent Care Inc.**
   First Name       Middle Name       Last Name

Case number *(if known)*    **8:17-bk-13090**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Medicare Railroad** |
| | List the contract number of any government contract | | **844 North Rush Street** |
| | | | **Chicago, IL 60611** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Medisun** |
| | List the contract number of any government contract | | **1441 North 12th Street** |
| | | | **Phoenix, AZ 85006** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Memorial Care** |
| | List the contract number of any government contract | | **17360 Brookhurst St., #160** |
| | | | **Fountain Valley, CA 92708** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Mid West National Life Insurance** |
| | List the contract number of any government contract | | **P.O. Box 982010** |
| | | | **North Richland, TX 76182** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Middionary Medical** |
| | List the contract number of any government contract | | **150 Social Hall Ave** |
| | | | **Salt Lake City, UT 84111** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Mission Heritage** |
| | | | **26800 Crown Valley Pkwy** |
| | | | **Mission Viejo, CA 92691** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Laguna Dana Urgent Care Inc.**
   First Name        Middle Name        Last Name    Case number *(if known)*    **8:17-bk-13090**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **N/a** | |
| List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Mission Hospital**<br>**26732 Crown Valley Pkwy**<br>**Suite 261**<br>**Mission Viejo, CA 92691** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Mission Hospital Affiliated Physicians**<br>**26732 Crown Valley Pkwy**<br>**Suite 261**<br>**Mission Viejo, CA 92691** |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Mission Internal Medical Group**<br>**26800 Crown Valley Pkwy**<br>**Mission Viejo, CA 92691** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Office Space 24060 Camino del Avion, Monarch Beach, CA 92629**<br>**Expiration Date: August 31, 2020 with two (2) five (5) year renewal options.**<br>**Monthly Rent: $11,761.00** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **Monarch Beach Plaza**<br>**c/o Retail Realty Fund**<br>**One Upper Newport Plaza**<br>**P.O. Box 50786**<br>**Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Monarch HealthCare**<br>**Mail Station 16**<br>**11 Technology Drive**<br>**Irvine, CA 92618** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MultiPlan** |
| | List the contract number of any government contract | | **115 Fifth Avenue**<br>**New York, NY 10003** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MultiPlan, Inc.**<br>**Attn: Office of the President & CEO** |
| | List the contract number of any government contract | | **115 Fifth Avenue**<br>**New York, NY 10003** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MultiPlan, Inc.** |
| | List the contract number of any government contract | | **115 Fifth Avenue**<br>**New York, NY 10003** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MVP Healthcare**<br>**625 State Street** |
| | List the contract number of any government contract | | **P.O. Box 2207**<br>**Schenectady, NY 12301** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Myers-Stevens & Toohey & Co., Inc.** |
| | List the contract number of any government contract | | **26101 Marguerite Pkwy**<br>**Mission Viejo, CA 92692** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | Case number (*if known*) | **8:17-bk-13090** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**NGS America**
**1317 Portola Ave.**
**Spring Valley, CA 91977**

---

**2.79.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Nippon Life Insurance**
**515 S. Figueroa Street**
**Suite 1470**
**Los Angeles, CA 90071**

---

**2.80.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Noble Ama Ipa**
**P.O. Box 4909**
**Oceanside, CA 92052**

---

**2.81.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Noble Mid Orange County**
**P.O. Box 4909**
**Oceanside, CA 92052**

---

**2.82.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Nuestra Familia Medical Group**
**10780 Santa Monica Blvd.**
**Los Angeles, CA 90025**

---

**2.83.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Provider Agreement**

State the term remaining — **N/A**

List the contract number of any

**Operating Engineers Trust Funds**
**100 Corson St**
**#1**
**Pasadena, CA 91103**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Laguna Dana Urgent Care Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)   **8:17-bk-13090**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Oxford Health Plan** |
| | List the contract number of any government contract | | **P.O. Box 29135** |
| | | | **Hot Springs National Park, AR 71903** |
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Pacific Care Health System** |
| | List the contract number of any government contract | | **5701 Katella Ave.** |
| | | | **Cypress, CA 90630** |
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Paramount Health Care** |
| | List the contract number of any government contract | | **1901 Indian Wood Cir** |
| | | | **Maumee, OH 43537** |
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **PHCS - Private HealthCare Systems, Inc.** |
| | List the contract number of any government contract | | **9701 W. Higgins Rd.** |
| | | | **Suite 700** |
| | | | **Rosemont, IL 60018** |
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Physicians Healthways** |
| | List the contract number of any government contract | | **1055 Park View Dr.** |
| | | | **Suite 119** |
| | | | **Covina, CA 91724** |
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Physicians Healthways (Central Health MS** |
| | | | **1055 Park View Dr.** |
| | | | **Suite 119** |
| | | | **Covina, CA 91724** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Physicians' Healthways Medical Corp**<br>**1540 Bridgegate Drive , Suite 1000**<br>**Diamond Bar, CA 91765** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Pinnacle Claims Management**<br>**15525 Sand Canyon Ave**<br>**Irvine, CA 92618** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Planned Administrator**<br>**8906 Two Notch Rd**<br>**Columbia, SC 29223** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Pre Existing Condition Insurance**<br>**401 Edgewater Place**<br>**Wakefield, MA 01880** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **Primary Care Associates of CA**<br>**1303 N. Avalon Blvd.**<br>**Wilmington, CA 90744** |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Principal Life**<br>**711 High Street**<br>**Des Moines, IA 50392** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Promesa Health**<br>**1100 S. San Pedro St.**<br>**Suite D05**<br>**Los Angeles, CA 90015** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Prospect Medical Group**<br>**400 Corporate Pointe**<br>**Culver City, CA 90230** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **50 months** | **Radiant Physician Group, Inc.**<br>**18231 Irvine Blvd., Ste. 204**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Regal Medical Group**<br>**P.O. Box 371330**<br>**Reseda, CA 91337** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Southbay Family Health Care**<br>**742 West Gardena Blvd**<br>**Gardena, CA 90247** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Laguna Dana Urgent Care Inc.**                                    Case number (*if known*)    **8:17-bk-13090**
    First Name           Middle Name           Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **St. Joseph Heritage Healthcare**<br>**c/o St. Joseph Health**<br>**Attn: Exec. Dir., Prov. Contracting**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **St. Joseph Heritage Healthcare**<br>**c/o St. Joseph Health**<br>**Attn: Exec. Dir., Prov. Contracting**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **St. Jude Affiliated Physicians**<br>**500 S. Main Street**<br>**Suite 600**<br>**Orange, CA 92868** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **St. Jude Heritage**<br>**12942 Harbor Blvd.**<br>**Garden Grove, CA 92840** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Starcare  Medical Group**<br>**1920 E. 17th Street**<br>**Santa Ana, CA 92705** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **The Loomis Company**<br>**850 N. Park Road**<br>**Reading, PA 19610** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1    **Laguna Dana Urgent Care Inc.**

First Name    Middle Name    Last Name    Case number *(if known)*    **8:17-bk-13090**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **N/A** | |
| List the contract number of any government contract | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **Three Rivers**<br>**910 Hale Place**<br>**Chula Vista, CA 91914** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **Tricare**<br>**270 32nd Street**<br>**San Diego, CA 92102** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **UFCW Food and Commercial Workers Insuran**<br>**2220 Hyperion Ave.**<br>**Los Angeles, CA 90027** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **UMR**<br>**11 Scott Street**<br>**Wausau, WI 54403** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining    **N/A** | | **United Health Care**<br>**14980 Sand Canyon Avenu**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Laguna Dana Urgent Care Inc.** | | Case number *(if known)* | **8:17-bk-13090** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Vantage**<br>**2115 Compton Ave, Suite 300**<br>**Corona, CA 92881** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **WellComp Managed Care Services, Inc**<br>**P.O. Box 59914**<br>**Riverside, CA 92517** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Western Growers Assurance Trust**<br>**15525 Sand Canyon**<br>**Irvine, CA 92618** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13090**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Cypress Urgent Care, Inc.** | **6876 Katella Ave. Cypress, CA 90630** | **Opus Bank** | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2 **Cypress Urgent Care, Inc.** | **6876 Katella Ave. Cypress, CA 90630** | **Opus Bank** | ☑ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.3 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona Del Mar, CA 92625** | **Opus Bank** | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona Del Mar, CA 92625** | **Opus Bank** | ☑ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.5 **Your Neighborhood Urgent Care, LLC** | **P.O. Box 8979 Newport Beach, CA 92658** | **Opus Bank** | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number *(if known)* | **8:17-bk-13090** |

---

██ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Your Neighborhood Urgent Care, LLC** | P.O. Box 8979<br>Newport Beach, CA 92658 | **Opus Bank** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Talbert Medical Group** | 1665 Scenic Ave Ste 100<br>Costa Mesa, CA 92626 | **Healthcare Partners** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.49** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Laguna Dana Urgent Care Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13090**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

  ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$744,022.97** |
| **For year before that:**<br>From  **8/01/2015** to  **7/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,851,009.00** |
| **For the fiscal year:**<br>From  **8/01/2014** to  **7/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,551,351.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

  ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

  ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Laguna Dana Urgent Care Inc.** | Case number *(if known)* | **8:17-bk-13090** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Dr. Robert C. Amster**<br>**32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625**<br>**Owner/President** | **Various**<br>**Dates** | **$58,536.00** | **Salary/Compensation for**<br>**Services** |
| 4.2.   **Jennifer Amster**<br>**822 E Lomita Ave.**<br>**Orange, CA 92867**<br>**Daughter of Dr. Robert C. Amster, the**<br>**owner of the Debtor** | **Various**<br>**Dates** | **$33,912.00** | **Salary/Compensation for**<br>**Services** |
| 4.3.   **Faye Amster**<br>**32 Drakes Bay Drive**<br>**Corona De. Mar**<br>**Wife of Dr. Robert C. Amster, the owner**<br>**of the Debtor** | **Various**<br>**Dates** | **$8,258.00** | **Salary/Compensation for**<br>**Services** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Laguna Dana Urgent Care Inc.**                    Case number *(if known)*    **8:17-bk-13090**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-00912132-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**Buchalter (Attention: Barry Smith)**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |
| | Case title<br>**Opus v. Laguna Dana, et. al.** | Court name and address<br>**Orange County Superior** |
| | Case number<br>**30-2017-00912132-CU-BC-CJC** | **Court**<br>**700 W Civic Center Dr.** |
| | Date of order or assignment<br>**May 25, 2017** | **Dept. C16**<br>**Santa Ana, CA 92701** |

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Laguna Dana Urgent Care Inc.**                          Case number *(if known)*  **8:17-bk-13090**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** **BakerHostetler** **11601 Wilshire Boulevard, 14th Floor** **Los Angeles, CA 90025** | | **August 1, 2017** | **$10,000.00** |
| Email or website address **amcdow@bakerlaw.com** | | | |
| Who made the payment, if not debtor? **Dr. Robert C. Amster** | | | |
| **11.2.** **Force Ten Partners** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | **$6,666.67** **7/28/2017** **$1,666.67** **7/24/2017** **$1,666.67** **7/19/2017** **$833.33** **4/27/2017** **$833.33** **4/7/2017** | **$11,666.67** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Radiant Physicians Group, Inc.** | | | |
| **11.3.** **Force Ten Partners** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | **$583.33** **12/30/2016** **$583.33** **12/16/2016** **$1,166.67** **11/10/2016** **$500.00** **9/28/2016** **$500.00** **9/21/2016** **$833.33** **8/30/2016** | **$4,166.67** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Your Neighborhood Urgent Care, LLC** | | | |
| **11.4.** **Force Ten Partners** **20341 Birch Street, Suite 220** **Newport Beach, CA 92660** | | **10/19/2016** | **$500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Cypress Urgent Care** | | | |

| Debtor | **Laguna Dana Urgent Care Inc.** | | | Case number *(if known)* **8:17-bk-13090** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | **$1,666.67 10/3/2016 $1,666.67 11/4/2016** | **$3,333.33** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Your Neighborhood Urgent Care, LLC** | | | |
| 11.6. | | | **$833.33 1/30/2017 $833.33 2/17/2017 $833.33 3/1/2017 $833.33 3/13/2017 $833.33 3/24/2017 $833.33 4/7/2017 $833.33 4/27/2017 $8,333.33 5/27/2017** | |
| | **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | | **$14,166.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Radiant Physicians Group, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Laguna Dana Urgent Care Inc.**                    Case number *(if known)*    **8:17-bk-13090**

☐ Does not apply

| | Address | | Dates of occupancy<br>From-To |
|---|---|---|---|
| 14.1. | **18231 Irvine Blvd., #204**<br>**Tustin, CA 92780** | | **Previous Mailing Address** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Laguna Dana Urgent Care Inc.**<br>**24060 Camino Del Avion, Suite A**<br>**Dana Point, CA 92629** | **Providing urgent care, medical and wellness services to patients of all ages.** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**2560 Bryan Ave., Suite A**<br>**Tustin, CA 92782** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Personal information and medical records.**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Laguna Dana Urgent Care Inc.** | | Case number *(if known)*   **8:17-bk-13090** |
|---|---|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N. A.**<br>**2540 Main Street**<br>**Irvine, CA 92614** | **XXXX-7905** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **Unknown** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

Debtor    **Laguna Dana Urgent Care Inc.**                                    Case number *(if known)*    **8:17-bk-13090**

---

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | **Laguna Dana Urgent Care Inc. 24060 Camino Del Avion, Suite A Dana Point, CA 92629** | **Providing urgent care, medical and wellness services to patients of all ages.** | EIN:    **95-3391563** From-To    **July 1979 - Present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Joe Gaglio, CPA 16512 Burke Lane Huntington Beach, CA 92647-4538** | **2011 - present** |
| 26a.2. | **Kristin Walsh Consulting 46 Serenity Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3. | **Kevin Hartley Adaptive CPA 1240 E Ontario Ave #102 Corona, CA 92881** | **August 2016 - Present** |

---

Debtor   **Laguna Dana Urgent Care Inc.**                            Case number *(if known)*   **8:17-bk-13090**

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | **June 2016 -**<br>**September 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Brian Weiss**<br>**Force Ten Partners**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | **2016-2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | **The State Court**<br>**appointed receiver**<br>**May 25 2017 -**<br>**petition date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | |
| 26c.2. **Kristin Walsh Consulting**<br>**46 Serenity**<br>**Irvine, CA 92618** | |
| 26c.3. **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | |
| 26c.4. **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | |
| 26c.5. **Brian Weiss**<br>**Force Ten Partners**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |
| 26c.6. **Stapleton Group**<br>**David P. Stapleton**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Laguna Dana Urgent Care Inc.**    Case number *(if known)*    **8:17-bk-13090**

☐ None

| Name and address |
|---|
| 26d.1. | **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2. | **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>. | **David P. Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Robert C. Amster | **32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625** | **President / Director/ Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Laguna Dana Urgent Care Inc.**

Case number *(if known)*    **8:17-bk-13090**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Response to SOFA No. 4. See also Attachment to SOFA No. 30.** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **American Funds** | **EIN:** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**

**/s/ Dr. Robert C. Amster**                    **Dr. Robert C. Amster**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Attachment to SOFA No. 3**

**Laguna-Dana Urgent Care**
**Transaction List by Vendor**
May 1 through August 2, 2017

| Type | Date | Name Address | Name City | Name State | Name Zip | Name Phone # | Amount |
|------|------|-------------|-----------|-----------|----------|-------------|--------|
| **Medline** | | | | | | | |
| Bill Pmt -Check | 05/12/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,850.26 |
| Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -1,865.94 |
| Bill Pmt -Check | 06/23/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,234.40 |
| Bill Pmt -Check | 06/30/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,596.48 |
| **Monarch Beach Promenade** | | | | | | | |
| Bill Pmt -Check | 05/01/2017 | One Upper Newport Plaza Newport Beach, CA | Newport Beach | CA | 92660 | 949-463-6811 | -12,256.36 |
| Bill Pmt -Check | 06/12/2017 | One Upper Newport Plaza Newport Beach, CA | Newport Beach | CA | 92660 | 949-463-6811 | -12,256.36 |
| Bill Pmt -Check | 07/01/2017 | One Upper Newport Plaza Newport Beach, CA | Newport Beach | CA | 92660 | 949-463-6811 | -12,256.36 |
| **Pamela D. Van Heuver** | | | | | | | |
| Bill Pmt -Check | 05/05/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| Bill Pmt -Check | 05/20/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| Bill Pmt -Check | 06/02/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| Bill Pmt -Check | 06/16/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| Bill Pmt -Check | 06/30/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| Bill Pmt -Check | 07/28/2017 | 11 Auvergne Newport Coast, CA 92657 | Newport Coast | CA | 92657 | 949-644-1600 | -2,000.00 |
| **Radiant Physician Group** | | | | | | | |
| Check | 05/31/2017 | | | | | | -88,000.00 |
| Check | 06/30/2017 | | | | | | -11,973.79 |
| Check | 06/30/2017 | | | | | | -23,260.44 |
| Check | 07/24/2017 | | | | | | -7,330.92 |
| Check | 07/31/2017 | | | | | | -23,776.21 |
| **Woodrow P. Wilson, MD** | | | | | | | |
| Bill Pmt -Check | 05/05/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -6,250.00 |
| Bill Pmt -Check | 05/20/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -3,500.00 |
| Bill Pmt -Check | 06/02/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -3,500.00 |
| Bill Pmt -Check | 06/16/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -3,940.00 |
| Bill Pmt -Check | 06/30/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -4,200.00 |
| Bill Pmt -Check | 07/14/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -5,500.00 |
| Bill Pmt -Check | 07/28/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -3,500.00 |
| Bill Pmt -Check | 07/28/2017 | 24092 Atun Monarch Beach, CA 92629 | Monarch Beach | CA | 92629 | 949-248-8900 | -1,375.00 |
| **Stapleton Group (Receiver)** | | | | | | | |
| Check | 08/02/2017 | 514 Via de la Valle, Suite 206, CA 92075 | Solana Beach | CA | 92075 | | -19,480.50 |

Attachment to SOFA No. 30

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,525.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,425.00) | 8/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,355.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (780.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,015.00) | 8/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,365.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (985.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,505.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,650.00) | 8/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,000.00) | 8/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,680.00) | 8/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,390.00) | 8/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,160.00) | 8/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,780.00) | 8/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,720.00) | 8/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,700.00) | 8/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,760.00) | 8/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,900.00) | 8/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,260.00) | 8/31/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,825.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,990.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,565.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,900.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,594.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,490.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,920.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,345.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,390.00) | 9/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,300.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,295.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,165.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,393.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,610.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,765.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (420.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,810.67) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (320.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,930.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (295.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,635.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (200.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,500.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,460.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,130.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,130.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,620.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,384.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (970.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (200.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,840.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (620.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

Laguna-Dana Urgent Care

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,230.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (300.00) | 9/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ (9,050.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,830.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,095.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,145.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,925.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,695.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,730.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,980.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,840.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,970.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,880.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,635.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,350.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,575.00) | 10/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,145.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,145.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,560.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,740.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,130.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,035.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,400.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,920.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (995.00) | 10/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,785.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,655.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,235.00) | 10/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,720.00) | 10/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,800.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,175.00) | 10/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,494.93) | 10/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,400.00) | 10/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,640.00) | 11/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,685.00) | 11/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,600.00) | 11/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,675.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,130.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Huntington Harbour, Inc. | 5355 Warner Ave. #102, Huntington Beach, CA 92649 | $ (1,345.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,190.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (283.00) | 11/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (3,071.35) | 11/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,715.00) | 11/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (9,856.99) | 11/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - UTC | 4085 Governor Drive, San Diego, CA 92122 | $ (3,410.00) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ (5,440.00) | 11/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA 92807 | $ (7,855.00) | 11/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,100.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (562.12) | 12/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,200.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,500.00) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,200.00) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,000.00) | 12/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ (1,677.66) | 12/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,189.03) | 12/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,100.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,300.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (3,273.45) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA 90630 | $ (35.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ (5,300.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Tustin, Inc. | 2561 Bryan Ave., Suite A, Tustin, CA 92780 | $ (2,800.00) | 12/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,850.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 12/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (23,000.00) | 12/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,100.00) | 12/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,060.66) | 12/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (500.00) | 2/9/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 2/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (70.00) | 3/9/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,269.03) | 3/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (35.00) | 3/16/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 3/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,000.00) | 3/27/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,000.00) | 3/30/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 4/4/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,000.00) | 4/7/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,000.00) | 4/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 5/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 5/15/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (15,075.47) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,184.97) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,330.92) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning of
 11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.
In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

| | | |
|---|---|---|
| In re  **Laguna Dana Urgent Care Inc.** | Case No. | **8:17-bk-13090** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,666.66 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 6,666.66 |

2.   The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Dr. Robert C. Amster (the balance due was paid post-petition from Dr. Robert C. Amster)**

3.   The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Estate funds on a moving forward basis.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 25, 2017** | **/s/ Ashley M. McDow, Esq.** |
| *Date* | **Ashley M. McDow, Esq. 245114** |
| | *Signature of Attorney* |
| | **BakerHostetler** |
| | **11601 Wilshire Boulevard, 14th Floor** |
| | **Los Angeles, CA 90025** |
| | **310.820.8800  Fax: 310.820.8859** |
| | **amcdow@bakerlaw.com** |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: 245114<br>amcdow@bakerlaw.com | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Laguna Dana Urgent Care Inc.**

CASE NO.: **8:17-bk-13090**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS - FIRST AMENDED

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __50__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __August 25, 2017__

/s/ Dr. Robert C. Amster
Siganture of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __August 25, 2017__

/s/ Ashley M. McDow, Esq.
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                             **F 1007-1.MAILING.LIST.VERIFICATION**

Laguna Dana Urgent Care Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


A-S Medication Solutions LLC
PO Box 8
Fremont, NE 68025


Access Medical Management
2325 W. Victory Blvd. Suite #1
Burbank, CA 91506


Access Medical Management
1325 W. Victory Blvd., Ste. 1
Burbank, CA 91506


ACT Healthcare Services, Inc.
75 Remittance Drive, Dept 6673
Chicago, IL 60675-6773


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629


AD Police James Jolliffe
1048 Irvine Ave, Suite 394
Newport Beach, CA 92660

Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706


ADOC
600 City Pkywy West
Suite 400
Orange, CA 92868


ADOC Medical Group
600 City Pkywy West
Suite 400
Orange, CA 92868


ADOC Medical Group
600 City Pkwy W #400
Orange, CA 92868


ADT Security Services
4161 E La Palma Ave.
Anaheim, CA 92807


ADT Security Services
4161 E. La Palma Ave.
Anaheim, CA 92807


Advanced Copier Printers
16303 1/2 Piuma Ave.
Cerritos, CA 90703


Advanced Copier Printers
16303 1/2 Piuma Ave
Cerritos, CA 90703

Advanced Physical Therapy
24422 Avenida DeLa Carlota Suite #370-37
Laguna Hills, CA 92653-3628

Aetna
151 Farmington Ave.
Hartford, CT 06156

Aetna
1200 W. 7th Street
Suite 5
Los Angeles, CA 90017

Aetna
6701 Center Drive West
Los Angeles, CA 90045

Aetna
11221 Kensington Road
Los Alamitos, CA 90720

AHFC
PO Box 60001
City of Industry, CA 91716

Air Source Industries
3976 Cherry Ave
Long Beach, CA 90807

Alamito IPA
4909Lakewood Blvd
Suite 200
Lakewood, CA 90712

Alamito IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


Alex E. Torres  MD
11 Wightman Court
Dana Point, CA 92629


Ali Parsaeian
22 Stillwater
Newport Coast, CA 92657


Aliso Viejo Country Club
33 Santa Barbara Drive
Aliso Viejo, CA 92656


All Medical Personnel, LLC
Attention: Ray Iturrioz
4000 Hollywood Blvd, Ste 600N
Hollywood, FL 33021


All Medical Personnel, LLC
4000 Hollywood Blvd., Ste. 600N
Hollywood, FL 33021


All Star Recruiting
P.O. Box 823424
Philadelphia, PA 19182


All Star Recruiting
PO Box 823424
Philadelphia, PA 19182

Allen Houshiar
32 Vintage
Irvine, CA 92620


Alliance Physicians Medical Group
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Allied Benefits Systems
200 West Adams Street
Suite 500
Chicago, IL 60606


ALLIED PHYS MEDICAL GROUP
1680 S. Garfield Ave.
Alhambra, CA 91801


Altius Healthcare
1151 Iron Springs Road
Suite D
Prescott, AZ 86305


Altius Healthcare
10421 S. Jordan Gtwy
South Jordan, UT 84095


Amber Jo Payne
33751 Oldbridge Road
Dana Point, CA 92629


Ameri Health
1901 Market Street
Philadelphia, PA 19103

American Board of Emergency Medicine
3000 Coolidge Rd
East Lansing, MI 48823-6319


American Medical and Life Insurance
110 William Street
New York, NY 10038


American Medical Association
PO Box 4198
Carol Stream, IL 60197-9788


AMS - American Medical Security
3100 Ams Blvd.
Green Bay, WI 54313


AMS - American Medical Security
818 W 7th Street
Suite 930
Los Angeles, CA 90017


AMVA Group Health
1931 North Meacham Road
Suite 100
Schaumburg, IL 60173


AMVI Medical Group
400 Corporate Pointe
Culver City, CA 90230


AMVI Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230

Andrew Orr
27111 Calle Juanita
Capistrano Beach, CA 92624


Angela Carnago
520 Cliff Dr Apt 203
Laguna Beach, CA 92651


Angela Corning
993 Iron Horse Drive
San Marcos, CA 92078


ANGELES IPA
1600 Corporate Center Drive
Monterey Park, CA 91754


Anita Damodaran
MD 711 Afton Court
Redlands, CA 92374


Anthony Bird
51 Fairlane Dr.
Laguna Niguel, CA 92677


Applecare Medical Group
10800 Paramount Blvd.
Downey, CA 90241


Applecare Medical Management
18 Centerpointe Drive
La Palma, CA 90623

Arian Nasiri MD
464 Sonora Circle
Redlands, CA 92373


Arizona Foundation For Medical Care
326 E. Coronado Road
# 201
Phoenix, AZ 85004


ARTA
1629 W 17th Street
Ste. B
Santa Ana, CA 92706


ARTA
1665 Scenic Ave
Suite 100
Costa Mesa, CA 92626


Arta
3333 Michelson Dr.
Suite 375
Irvine, CA 92612


Arthrex
1370 Creekside Blvd
Naples, FL 34108


Ashkan Sefaradi
1426 S. Cardiff Avenue
Los Angeles, CA 90035


Ashley Chegren
236 Avenida Del Poniente Apt A
San Clemente, CA 92672

Ashley M. McDow, Esq.
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025


Ashmore Construction
681 S. Tustin Ste 215
Orange, CA 92866


Assurant Health
 P.O. Box 624
Milwaukee, WI 53201


AT&T Mobility
PO Box 537104
Atlanta, GA 30353-7104


ATC Healthcare Services, Inc.
75 Remittance Drive Dept 6773
Chicago, IL 60675-6773


Atul N. Sharma
424 15th Street, #2801
San Diego, CA 92101


Audio Video Solutions James Shrader
290 Broadway St.
Laguna Beach, CA 92651


Audiology  Systems
Dept CH 16948
Palatine, IL 60055

Audiology Systems
Dept CH 16948
Palatine, IL 60055


AultCare
2600 Sixth Street
SW Sixth Street Entrance
Canton, OH 44710


Azeb Yihune MD
7891 E. Berner Street
Long Beach, CA 90808


Banner Choice Plus
P.O. Box 16423
NJ 08521-1000


Banyon International Corporation
2118 E Interstate 20 PO Box 1779
Abiline, TX 79604-1779


Barton Associates
PO Box 417844
Boston, MA 02241-7844


Beech Street Network
25500 Commercentre Dr.
Lake Forest, CA 92630


Ben Peralta
5011 New York Ave.
Cypress, CA 90630

Benelect
5429 Avernida de Los Robles
Visalia, CA 93291


Benjamin Torr
12 Danforth Avenue
Laguna Niguel, CA 92677


Berrett Pest Management
3305 E Miraloma Ave #173
Anaheim, CA 92806


Blue Cross
PO Box 60007
Los Angeles, CA 90060


Blue Cross
409 S. Glendale Ave.
Glendale, CA 91205


Blue Cross
P.O. Box 60007
Los Angeles, CA 90060


Blue Cross Covered California
21555 Oxnard Street
Woodland Hills, CA 91367


Blue Cross Covered California
5260 N. Palm Ave.
Suite 215
Fresno, CA 93704

Blue Cross Of Blue Shield Pathway Tiered
801 Franklin Street
Oakland, CA 94607


Blue Shield
5250 N. Palm Ave
Suite 120
Fresno, CA 93704


Blue Shield of California
P.O. Box 272560
Chico, CA 95927


Brett Tompkins
6323 Paseo Corono
Carlsbad, CA 92009


Brian Rodgers
24 Via Alonso
San Clemente, CA 92673-7024


Brigette Mendieta
5 Tortuga
Irvine, CA 92606


Bristol Park
11420 Warner Ave.,
Suite 110
Fountain Valley, CA 92708


Bristol Park Medical Goup
11420 Warner Avenue
Ste. 110
Fountain Valley, CA 92708

Bristol Park Medical Group
250 E. Yale Loop
Irvine, CA 92604


Brookshire IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


Buchalter, a Prof. Corporation
1000 Wilshire Blvd., Ste. 1500
Attn: Barry A. Smith
Los Angeles, CA 90017-2457


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Cal Coast Opthalmic Instruments Inc
527 Van Ness Avenue
Torrance, CA 90501


Cal Optima
505 City Pkwy West
Orange, CA 92868


Cal Optima Care Network
505 City Pkwy West
Orange, CA 92868


California Department of Public Health A
PO Box 997376
Sacramento, CA 95899-7376

California Field Ironworkers Trust Fund
131 N. El Molino Ave.
Suite 330
Pasadena, CA 91101


CalOptima Direct
505 City Pkwy West
Orange, CA 92868


Caloptima Direct
505 City Pkwy W
Orange, CA 92868


CAP-MPT
333 S Hope ST 8th Floor
Los Angeles, CA 90071-1409


Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


Care Mark
9501 E Shea Blvd.
Scottsdale, AZ 85260


Care More Medical Group
303 S, Union Ave
Los Angeles, CA 90017


Care More Medical Group
12900 Park Plaza Dr.
Suite 150
Cerritos, CA 90703

Care More Medical Group
3513 E. 1st St.
Los Angeles, CA 90063

Care More Medical Group
908 S. Central Ave.
Glendale, CA 91204

Care More Medical Group
303 S, Union Ave.
Los Angeles, CA 90017

Caremore Medical Group
12898 Towne Center Drive
Cerritos, CA 90703

Carol Bennet
14 Westcliff
Laguna Niguel, CA 92677

Catherine Lenkoski Vojtus, Inc
72 Via Sonrisa
San Clemente, CA 92673

Catherine Vojtus, Inc.
72 Via Sonrisa
San Clemente, CA 92673

CDL Associates
9265 Research Drive
Irvine, CA 92618

Central Drug System
16560 Harbor Blvd Ste A
Fountain Valley, CA 92708


Cessna Finance Corporation
LOCKBOX # 26096 Network Place
Chicago, IL 60673-1260


CHAMPVA Supplemental Insurance
11000 Wilshire Blvd.
Los Angeles, CA 90024


Children Hospital of Orange County
1201 La Veta
Orange, CA 92868


Choice Benefits
8665 E Shea Blvd.
Buffalo, NY 14221


Christie Phillips
7 Whitecliff
Laguna Niguel, CA 92677


Christine Knapp
158 Lake Ridge Circle
Fallbrook, CA 92028


Cigna
PO Box 182223
Chattanooga, TN 37422-7223

Cigna
400 N. Brand Blvd
Glendale, CA 91203


Cigna
900 Cottage Grove Rd.
Bloomfield, CT 06002


Cigna
400 N. Brand Blvd.
Glendale, CA 91203


CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882


Clockwise MD Lightshed Healthcare Techno
554 North Avenue NW Suite E
Atlanta, GA 30318


CME Associates
1301 East Lincoln Ave Ste B
Orange, CA 92865


CNIC Health Solutions
740 Wooten Rd.
Colorado Springs, CO 80915


Coast Heathcare Management
10833 Valley View Street
Suite 300
Cypress, CA 90630

Coast Heathcare Management
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Coast Heathcare Management
3300 E. South Street
Lakewood, CA 90805


Cofinity
28588 Northwestern Hwy 380
Southfield, MI 48034


Community Claims Administrator
2922 E. Chapman Ave.
Orange, CA 92869


Conexis
PO Box 224547
Dallas, TX 75222


Connecticut General c/o Cigna Healthcare
PO Box 5200
Scranton, PA 18505


Consolidated Business Services
6510 Academy Blvd., Ste. A-311
Colorado Springs, CO 80906


Consolidated Business Services
6510 Academy Blvd., Ste. A-311
Colorado Springs, CO 80906

Continental Maintenance, Inc.
13318 Mapledale Street
Norwalk, CA 90650


CoreSource
400 Field Drive
Lake Forest, IL 60045


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658-7789


CorVel Corporation
10750 4th Street,
Suite 100
Rancho Cucamonga, CA 91730


CorVel Corporation
10750 4th Street, Ste. 100
Newport Beach, CA 92658-7789


County of Orange Attn: Treasurer-Tax Col
PO Box 1438
Santa Ana, CA 92702-1438


Coventry Health
6705 Rockledge Dr.
Bethseda, MD 20817


Coventry Health Care
2200 W, Orangewood Ave.
Orange, CA 92868

Covered California Blue Cross
8726 S. Sepulveda Blvd.
Los Angeles, CA 90045


Cox Communications
P.O. Box 53280
Phoenix, AZ 85072


Cox Communications
PO Box 53280
Phoenix, AZ 85072


Cryo Specialties
13335 Shawnee Rd
Apple Valley, CA 92308


CTS Networks
3176 Pullman St Ste 103
Costa Mesa, CA 92626


Culinary Health Fund
1901 Las Vegas Blvd., S
Suite 107
Las Vegas, NV 89104


Culligan of Santa Ana
Lockbox Processing
 P.O. Box 2903
Wichita, KS 67201


Culligan of Santa Ana
Lockbox Processing
PO Box 2903
Wichita, KS 67201

CuraScriptSD
2297 Southwest Blvd Ste D
Grove City, OH 43123


Cynthia Clinton
24092 Tiburon
Dana Point, CA 92629


Cypress Urgent Care, Inc.
6876 Katella Ave.
Cypress, CA 90630


D&Y
PO Box 635715
Cincinnati, OH 45263-5715


Danielle Follweiler
3332 Florista Street
Los Alamitos, CA 90720


Danielle Robins
339 Chestnut Ave.
Carlsbad, CA 92008


Danielle Robins
339 Chestnut Avenue
Carlsbad, CA 92008


David Bowman
5473 Cricket Lane
Stansbury Park, UT 84074

David Davis MD
34101 Blue Lantern Street
Dana Point, CA 92629

David Schorr
2856 Via Amapola
San Clemente, CA 92673

David Stapleton
515 S. Flower St., 36th Floor
Los Angeles, CA 90071

David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071

Dawn Robbins
30252 Pacific Island Drive Apt 214
Laguna Niguel, CA 92677

Dawn Wood
32446 Crown Valley Parkway Apt. 102
Dana Point, CA 92629-3342

Deadrick Baker
18 Stern St
Laguna Niguel, CA 92677

Dean Health Plan
1277 Deming Way
Madison, WI 53717

Debbie Price
2 Los Cabos
Dana Point, CA 92629


Declan Campbell
33025 Christina Dr.
Dana Point, CA 92629


Delta Health Systems
3244 Brookside Road
Stockton, CA 95219


Delta Locums
1755 Wittington Place
Dallas, TX 75234


Devin Daniels
23012 Bering Sea Dr.
Dana Point, CA 92629


DHHS Dolphin Diggers
30100 Town Center Dr Ste O-183
Laguna Niguel, CA 92677


DHS Security
PO Box 4335
Costa Mesa, CA 92626


Directv
PO Box 60036
Los Angeles, CA 90060-0036

Dispensing Solutions
3000 West Warner Ave
Santa Ana, CA 92704


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


East West Bank
PO Box 60021
City of Industry, CA 91716


EBA & M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


EBA&M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701


Edinger Medical Group
9900 Talbert Ave.
Fountain Valley, CA 92708


Effat Chitsaz
4 Pembroke Lane
Laguna Niguel, CA 92677-9332

Electro Medical Instrumentation Corp
187 W. Orangethorpe Ave Ste C
Placentia, CA 92870


Eli Cook
5 Quincy Ave
Long Beach, CA 90803


Elizabeth Campos
18111 6th Ave. Apt B
Jamestown, CA 95327


Elizabeth S Levin
1011 4th Street Apt 311
Santa Monica, CA 90403


Emily Beck
33482 Cockleshell Dr.
Dana Point, CA 92629


EOS USA
700 Longwater Drive
Norwell, MA 02061


Eric Hargis
416 Santa Barbara
Irvine, CA 92606


eScreen, Inc.
PO Box 841358
Dallas, TX 75284

Exchange Bank Loan Service Center
PO Box 760
Santa Rosa, CA 95402-0760


Experience Janitorial Services
12931 Main Street
Garden Grove, CA 92840


Extra Space Storage
340 S. Flower St.
Orange, CA 92868


Fallon Community Health Plan
10 Chestnut St.
Worcester, MA 01608


Family Choice
1036 N. Lake Street
Burbank, CA 91502


Faye Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Federated Insurance
1700 E. Garry Ave.
Santa Ana, CA 92705


Fire Doctor Extinguisher Company
13656 #B Red Hill Ave.
Tustin, CA 92780

First Health
6450 US Highway 1
Rockledge, FL 32955


Fisher & Phillips, LLP Attorneys at Law
2050 Main St Ste 1000
Irvine, CA 92614


Fountain Valley IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Fountain Valley IPA
818 W. 7th Street
Suite 930
Los Angeles, CA 90017


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Freedom Imaging, Inc.
1401 Ball Rd., Suite E
Anaheim, CA 92805


Freedom Imaging, Inc.
1401 Ball Road, Ste. E
Anaheim, CA 92805


Gateway Medical Group
710 N. Euclid Street
Anaheim, CA 92801

GEHA
PO Box 4665
Independence, MO 64051-4665


GEHA
17306 E. Us Highway 24
Independence, MO 64056


GEHA
P.O. Box 4665
Independence, MO 64051-4665


Gemcare Health Plan
4550 California Ave.
Bakersfield, CA 93309


General Electric Capital Corp.
One Beacon Street
2nd Floor
Boston, MA 02108


General Electric Capital Corp.
One Beacon Street
Boston, MA 02108


Genesis Medical Group
9801 Westheimer
Houston, TX 77042


Genworth Life
3100 Albert Lankford Dr. LTC PHS
Lynchburg, VA 24501

GHI Health Plan
P.O. BOX 3000
New York, NY 10116


Gil Tuinenburg
25512 Via Inez Road
San Juan Capistrano, CA 92675


Golden Rule Insurance Company
1028 Pelican St.
Effingham, IL 62401


Gram X-Ray
7350 Melrose St
Buena Park, CA 90621


Great West Life & Anuuity Insurance Co.
8515 East Orchard Road
Greenwood Village, CO 80111


Great-West Healthcare
6909 E. Greenway Pkwy
Suite 180
Scottsdale, AZ 85254


GREATER NEWPORT PHYSICIANS
330 Placentia Ave.
Newport Beach, CA 92663


Harbor Building Maintenance Inc.
20042 Harbor Isle Lane
Huntington Beach, CA 92646

Harris Medical Associates
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024


Harris Medical Associates
1180 Satelitte Blvd., Suite 200
Suwanee, GA 30024


Harvard Pilgrim Healthcare
93 Worcester St.
Wellesley, MA 02481


HCC Medical
P.O. Box 2005
Farmington, MI 48333


Health America
3721 Texport Dr.
Harrisburg, PA 17106


Health Care Partners
2175 Park Place
El Segundo, CA 90245


Health Care Plan
1500 West Park Drive
Suite 300
Westborough, MA 01581


Health EOS (EOS USA Headquarters)
10971 Sun Center Drive
Rancho Cordova, CA 95670

Health Net
21650 Oxnard St.
Woodland Hills, CA 91367


Health Plus
3561 Howard Avenue
Suite 205
Los Alamitos, CA 90720


Health Smart
222 West Las Colinas Blvd.
Irving, TX 75039


Health Spring
530 Great Circle Rd
Nashiville, TN 37228


Healthcare Partners
2175 Park Place
El Segundo, CA 90245


Healthcare Partners Medical Group Attn:
19191 S. Vermont Ave #200
Torrance, CA 90502


HealthComp Inc.
191 E. Barstow Ave.
Fresno, CA 93710


HealthScope
815 Colorado Blvd.
Los Angeles, CA 90041

Healthways Medical Group
6518 Greenleaf Ave.
Suite 250
Whittier, CA 90601


HMWC CPAs & Business Advisors
17501 East 17th St Ste 100
Tustin, CA 92780


Hoag Affiliated Physicians
PO Box 6025
Orange, CA 92863


Hoag Medical Group
5630 E. Santa Ana Canyon Road
Anaheim, CA 92807


Hoag Medical Group
19582 Beach Blvd.
Suite 250
Huntington Beach, CA 92648


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Road
Anaheim, CA 92807


Humana
500 W. Main Street
Louisville, KY 40202


Humana Choicecare
500 W. Main Street
Louisville, KY 40202

Idearc Media LLC ATTN: ACCT RECEIVABLE D
PO Box 619009
DFW AIRPORT, TX 75261-9009


ILWI
1188 Franklin Street
San Francisco, CA 94109


ILWU-PMA Benefit Plans
1188 Franklin Street
San Francisco, CA 94109


Integrity Locums
P.O. Box 823424
Philadelphia, PA 19182-3424


Integrity Locums
PO Box 823424
Philadelphia, PA 19182-3424


Isaac Matalon
29 La Paloma
Dana Point, CA 92629


Isla Bray
24131 Las Naranjas Dr.
Laguna Niguel, CA 92677


Jack Vu MD
39 Calvados
Newport Coast, CA 92657

James Publishing Inc.
PO Box 25202
Santa Ana, CA 92799


Jana Campbell
25241 Sacul Place
Laguna Niguel, CA 92677


Janet Riordan
4325 Avenida de Los Ninos
Laguna Niguel, CA 92677-3512


Janette Nunez
910 Paula Street
Escondido, CA 92027


Jared Abney
33752 El Canto Ave.
Dana Point, CA 92629


Jason Iverson
2 Coursan
Laguna Niguel, CA 92677


Jay Sanvictores
14591 Newport Ave.  #106
Tustin, CA 92780


Jeff Shaffer Plumbing
33932 Malaga Drive
Dana Point, CA 92629

Jeffery Brown
26000 Avendia Aeropuerto #8
San Juan Capistrano, CA 92675

Jeffrey Brown
26000 Avenida Aeropuerto #8
San Juan Capistrano, CA 92675

Jeffrey Sudeith
1 Rapallo
Irvine, CA 92614

JEM Educational Services
271 Ott Street  Ste 24
Corona, CA 92882

Jennifer Amster
822 E Lomita Avenue
Orange, CA 92867

Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340

Jennifer Sabel
33625 Sundown Ct
Dana Point, CA 92629

Jennifer Stevens
618 Calle Del Cerrito
San Clemente, CA 92672

Jenny Defusco
23996 Dory Drive
Laguna Niguel, CA 92677


Jessica Barkley
31683 Wildwood Rd.
Laguna Beach, CA 92651


Jillian Piper
2942 North Sandy Beach Drive
Bay City, MI 48706


Jim Seraj
24881 Alicia Parkway, #E253
Laguna Hills, CA 92653


Jodie Buhler
18 Regina
Dana Point, CA 92629


Joel Levine
4342 Reyes Drive
Tarzana, CA 91356


John P. Anderson MD, Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


John River
247 E Blueridge Avenue
Orange, CA 92865

John Rusciano
27662 Aliso Creek Road Apt. 7107
Aliso Viejo, CA 92656-5803

Jolin Tilly
340 Ashton Drive
Laguna Beach, CA 92651

Joline Tilly
340 Ashton Drive
Laguna Beach, CA 92651

Jonathan Sorci  M.D.
33 Carriage Hill Lane
Laguna Hills, CA 92653

Joselle P. Peralta
8160 Orangewood Avenue, #4
Stanton, CA 90680

Judi Chudzicki
10 Emerald Gln.
Laguna Niguel, CA 92677

Kahesha Franklin MD
6316 City Lights Drive
Aliso Viejo, CA 92656

Katarzyna Lojek
5 Calle Prospero
San Clemente, CA 92673

Kathleen Burghardt
25721 White Sands St
Dana Point, CA 92629


Kathleen Vassiliadis
PO Box 3114
Dana Point, CA 92629


Kelli Peterson
4 St Paul Lane
Laguna Niguel, CA 92677-9373


Kevin H.
1240 E. Ontario Ave.,
Suite 102-170
Corona, CA 92881


Kimberly Root
23636 Kingdon Ct
Laguna Niguel, CA 92677


Kims Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692


Kirsten Fick
8 Malaquita
Coto De Caza, CA 92679


Kristin Walsh
Walsh Consulting, Inc.
46 Serenity
Irvine, CA 92618

Kumar Gandhi
24631 Acropolis Drive
Mission Viejo, CA 92691


Kyle Lewis
34024 Selva Road #58
Dana Point, CA 92629


Kylee Lucas
1330 East Balsam
Anaheim, CA 92805


Lab Corp
1225 Jay Lane
Graham, NC 27253


Laborers Health and Welfare Trust Fund
1001 Westside Dr.
San Ramon, CA 94583


Laguna Beach Chamber of Commerce
357 Glenneyre Street
Laguna Beach, CA 92651


Laguna Beach Winow Tint
802 S PCH
Laguna Beach, CA 92651


Laguna Dana Urgent Care, Inc.
PO Box 7620
Laguna Niguel, CA 92607-7620

Laguna Niguel Chamber of Commerce
28062 Forbes Rd Ste C
Laguna Niguel, CA 92677


Laguna Pathology Med Grp Inc.
PO Box 7620
Laguna Niguel, CA 92607-7620


Lakewood IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Leading Edge Insurance Agency Inc.
6745 Rangewood Dr
Colorado Springs, CO 80918


Les A. Mershon
8712 N Magnolia Avenue, #232
Santee, CA 92071


LIfewise Health Plan
7001 220th St. SW Bldg. 3
Mountlake Terrace, WA 98043


Linda Zuersher
15 Tramonti
Laguna Niguel, CA 92677


Lindsey Bickley
2936 Hierro
San Clemente, CA 92673-3458

Lisa Vasco
32951 Danaspruce
Dana Point, CA 92629


Lori Strawn
1401 Reisig Road
Saginaw, MI 48604


Los Alamitos IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Lotus Associates
412 Olive Ave Ste 244
Huntington Beach, CA 92648


Mail Handlers Benefit Plan
P.O. Box 997105
Sacramento, CA 95899


Maksin Management
2 Aquarius Drive
Suite 200
Camden, NJ 08103


Marc Stretten MD
500 W. Graham Ave. #81
Lake Elsinore, CA 92531


Marcela Dominguez MD
21541 Ocean Vista Dr
Laguna Beach, CA 92651

Marcela Rangel
PO Box 4608
Downey, CA 90241


Margaret Wyhe
24076 Atun
Dana Point, CA 92629


Marianne Park
30 S. Peak
Laguna Niguel, CA 92677


Mario Marin
33161 Mesa Vista
Dana Point, CA 92629


Marissa Munoz
2020 W Alameda Avenue, Apt. 16
Anaheim, CA 92801


Mark Buhler
18 Regina
Dana Point, CA 92629


Mark Ravis
1875 Century Park East Suite 700
Los Angeles, CA 90077


Martin Hernandez
P.O. Box 10934
Santa Ana, CA 92711

Mary E Crosby
26541 Merienda Apt 5
Laguna Hills, CA 92656


Mathew Sheflin
76 Seaport
Laguna Niguel, CA 92677-5924


Matsco
2000 Powell St 4th Floor
Emeryville, CA 94608


Max Chance
33252 Paseo Mono
San Juan Capistrano, CA 92675


Medi-Cal
820 Stillwater Road
West Sacramento, CA 95605


Medi-Call Repair, Inc.
Medical Equipment Repairs
118 Industrial Way #E
Corona, CA 92882


Medibadge Inc.
PO Box 12307
Omaha, NE 6811-20307


MEDICA Healthcare
PO Box 56-6596
Miami, FL 33256

MEDICA Healthcare
9100 S. Dadeland Blvd.
Suite 1250
Miami, FL 33156


Medical
5665 South Westridge Drive
New Berlin, WC 53151


Medical Board of California
2005 Evergreen Street  Suite 1200
Sacramento, CA 95815-3831


Medical Life Insurance
915 Blvd 26
North Richland Hills, TX 76180


Medical Under Prospect
3415 S. Sepulveda Blvd.
9th Floor
Los Angeles, CA 90034


Medicare
440 E. Middlefield Road
Mountain View, CA 94043


Medicare - CMS Headquarters
7500 Security Blvd.
Baltimore, MD 21244


Medicare Railroad
844 North Rush Street
Chicago, IL 60611

Medisun
1441 North 12th Street
Phoenix, AZ 85006


Medley Communications
560-6 Birch Street
Lake Elsinore, CA 92530


Medline
Dept. LA 21558
Pasadena, CA 91185


Mehrdad Salimkhanian A Professional Corp
27380 Morro Drive
Mission Viejo, CA 92692


Memorial Care
17360 Brookhurst Street
#160
Fountain Valley, CA 92708


Memorial Care
17360 Brookhurst St., #160
Fountain Valley, CA 92708


Meridian Building Maintenance
4220 Park Newport, Suite 410
Newport Beach, CA 92660


Meridian Building Maintenance
4220 Park Newport Ste 410
Newport Beach, CA 92660

Meritain Health
1405 Xenium Lane North
Suite 140
Minneapolis, MN 55441


Meritan Health
5734 W Beechwood Ave
Fresno, CA 93722


Michael McDonell
44 Bridgeport St.
Dana Point, CA 92629


Michael Steiner
8544 Dortha Ct
Santee, CA 92071


Michon Budziszewski
2475 Driftwood Dr
Bethel Park, PA 15102


Mid West Insurance Company
PO Box 9560
Spingfield, IL 62791


Mid West National Life Insurance
PO Box 982010
North Richland, TX 76182


Mid West National Life Insurance
P.O. Box 982010
North Richland, TX 76182

Middionary Medical
150 Social Hall Ave
Salt Lake City, UT 84111


Mission Heritage
26800 Crown Valley Pkwy
Mission Viejo, CA 92691


Mission Hospital
26732 Crown Valley Pkwy
Suite 261
Mission Viejo, CA 92691


Mission Hospital Affiliated Physicians
26732 Crown Valley Pkwy
Suite 261
Mission Viejo, CA 92691


Mission Internal Medical Group
26522 La Alameda Ste 120
Mission Viejo, CA 92691-6330


Mission Internal Medical Group
26800 Crown Valley Pkwy
Mission Viejo, CA 92691


Mission Plaza Pharmacy
26800 Crown Valley Pkwy Ste 185
Mission Viejo, CA 92691


Mission Recruiting, LLC
3020 Saturn Street, Ste. 201
Brea, CA 92821

Mitchell Heimbarch
15 Pallazo
Laguna Niguel, CA 92677


MKH Electronics Inc.
17421 Parker Dr
Tustin, CA 92780


Monarch Beach Plaza
c/o Retail Realty Fund
One Upper Newport Plaza
PO Box 50786
Newport Beach, CA 92660


Monarch Beach Plaza
c/o Retail Realty Fund
One Upper Newport Plaza
P.O. Box 50786
Newport Beach, CA 92660


Monarch Beach Promenade
24040 Camino Del Avion
Dana Point, CA 92629


Monarch Beach Promenade
One Upper Newport Plaza
Newport Beach, CA 92660


Monarch HealthCare
7 Technology
Irvine, CA 92618


Monarch HealthCare
Mail Station 16
11 Technology Drive
Irvine, CA 92618

Monarch IPA
7 Techology Dr
Irvine, CA 92618


Monarch Med Group
11 Technology Dr.
Irvine, CA 92618


Monarch Med Group
3700 South Street Town Suburb City
Lakewood, CA 90712


MultiPlan
115 Fifth Avenue
New York, NY 10003


MultiPlan, Inc.
Attn: Office of the President & CEO
115 Fifth Avenue
New York, NY 10003


MultiPlan, Inc.
115 Fifth Avenue
New York, NY 10003


Murray Joiner III
1809 Morena St. Apt 205B
Nashville, TN 32708-3362


MVP Healthcare
625 State Street PO Box 2207
Schenectady, NY 12301

MVP Healthcare
625 State Street
P.O. Box 2207
Schenectady, NY 12301


My Community Care
205 Bishops Way
Brookefield, WI 53005


Myers-Stevens & Toohey & Co., Inc.
26101 Marguerite Pkwy
Mission Viejo, CA 92692


Nancy Raith
25266 Barque Way
Dana Point, CA 92629


Natalie Litvak
9251 Kilpatrick Ave
Skokie, IL 60076


National Automatic Sprinkler Industry %C
PO Box 610122
Dallas, TX 75261-0122


Newport Diagnostic Center
PO Box 8073
Newport Beach, CA 92658


Newport Healthcare Center LLC
One Hoag Drive
PO Box 6100
Newport Beach, CA 92658-6100

Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport-Balboa Rotary Foundation Attn: A
PO Box 1944
Newport Beach, CA 92659-0944


NGS America
1317 Portola Ave.
Spring Valley, CA 91977


Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Nicastro & Associates, PC
2 Park Plaza, Suite 650
Irvine, CA 92614


Nicole Dominguez
23742 Bayside Lane
Laguna Niguel, CA 92677


Nicole Trotter
395 N. California Street
Orange, CA 92866


Nikole Johnston
31 Reina
Dana Point, CA 92629

Nippon Life Insurance
515 S. Figueroa Street
Suite 1470
Los Angeles, CA 90071


Noble Ama Ipa
P.O. Box 4909
Oceanside, CA 92052


Noble AMA IPA / Noble Mid Orange County
PO Box 4909
Oceanside, CA 92052


Noble Community Medical Associates, Inc.
1855 Business Center Drive
Suite C
Cypress, CA 90630


Noble Mid Orange County
P.O. Box 4909
Oceanside, CA 92052


Noble Mid Orange County Med Group
c/o Healthsmart MSO, Inc. 10855 Business
Suite C
Cypress, CA 90630


Norma Morocco
1935 Cresthaven Drive
Vista, CA 92084


Nuestra Familia Medical Group
10780 Santa Monica Blvd
Los Angeles, CA 90025

Nuestra Familia Medical Group
10780 Santa Monica Blvd.
Los Angeles, CA 90025


OCPIPA (Healthsmart Management Services
20411 SW Birch Street
Suite 200
Newport Beach, CA 92660


OCPIPA (Healthsmart Management Services
10855 Business Ctr. Dr.
Suite C
Cypress, CA 90630


Office Ally
PO 872020
Vancouver, WA 98687-2020


Olga Le Clercq
1830 N Ridgewood St
Orange, CA 92865


Operating Engineers Trust Funds
100 Corson St
#1
Pasadena, CA 91103


Ophthalmic Instruments Inc.
1 Musick
Irvine, CA 92618


Optum
11000 Optum Circle
Eden Prairie, MN 55344

Opus Bank
19900 MacArthur Blvd.,
12th Floor
Irvine, CA 92612


Opus Bank
19900 MacArthur Blvd., 12th Floor
Irvine, CA 92612

Opus Bank
1000 Wilshire Blvd., Ste. 1500
Attn: Barry Smith
Los Angeles, CA 90017-2457


Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County Register
PO Box 7154
Pasadena, CA 91109-7154


Orange County Treasurer- Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Oriental Trading Company
PO Box 14502
Des Moines, IA 50306


Orkin
12710 Magnolia Ave
Riverside, CA 92503-4620

Oscar Insurance Agency
4846 Huntington Dr.
Los Angeles, CA 90032


Oscar Insurance Corporation
295 Lafayette Street
New York, NY 10012


Othon Herrera
26311 Via California Unit B
Capistrano Beach, CA 92624


Oxford Health Plan
P.O. Box 29135
Hot Springs National Park, AR 71903


Pacifi Com
3189-A Airway Ave
Costa Mesa, CA 92626


Pacific Care Health System
5701 Katella Ave.
Cypress, CA 90630


Pacific Carpet and Tile Cleaning
13192 Marshall Lane
Tustin, CA 92780


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614

Paige Albers
3516 Irlanda Way
San Jose, CA 95124


Paige Hochheiser
33052 Tesoro Street
Dana Point, CA 92629


Pamela D. Van Heuver
11 Auvergne
Newport Coast, CA 92657


Paramount Health Care
1901 Indian Wood Cir
Maumee, OH 43537


Paris Touski
24062 Tiburon
Dana Point, CA 92629


Patricia Lopez
12207 Payton
Irvine, CA 92620


Paul Wiese
13 Knob Hill
Laguna Niguel, CA 92677


PCIP-Pre Existing Condition Insurance Pl
401 Edgewater Place
Suite 600
Wakefield, MA 01880

PDR Distribution, LLC
P.O. Box 2244
Williston, VT 05495


PDRx Pharmaceuticals Inc.
727 N. Ann Arbor
Oklahoma City, OK 73127


Pension Solutions Services
4605 Barranca Parkway Ste 101-G
Irvine, CA 92604


Perez Building Services
3166 Bonita Road Unit 131
Chula Vista, CA 91910


Performance Building Services
28892 Marguerite Prkwy Ste 210
Mission Viejo, CA 92692


Peribios  Inc. Jeanette Segal MD
PO Box 344
San Marcos, CA 92079


Perry B Sheidayi  DO Professional Corpor
39 Bonita Vista
Foothill Ranch, CA 92610


Personal Insurance Administrators
30401 Agoura Rd
Suite 250
Agoura Hills, CA 91301

PHCS - Private HealthCare Systems, Inc.
9701 W. Higgins Rd.
Suite 700
Rosemont, IL 60018


Physicians Healthways
1055 Park View Dr.
Suite 119
Covina, CA 91724


Physicians Healthways (Central Health MS
1055 Park View Dr.
Suite 119
Covina, CA 91724


Physicians' Healthways Medical Corp
1540 Bridgegate Drive , Suite 1000
Diamond Bar, CA 91765


PIA Health Physicians Attn:  Revenue Rec
6557 Greenleaf Ave.
Whittier, CA 90601


PIH Health Physicians Attn: Revenue Reco
6557 Greenleaf Avenue
Whittier, CA 90601


Pinnacle Claims Management
15525 Sand Canyon Ave
Irvine, CA 92618


Pioneer IPA
17777 Center Court Drive
Suite 400
Cerritos, CA 90703

Pitney Bowes
PO box 856460
Louisville, KY 40285


Pitney Bowes Postage Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Planned Administrator
8906 Two Notch Rd
Columbia, SC 29223


Practice Velocity
1673 Belvidere Rd
Belvidere, IL 61008


Pre Existing Condition Insurance
401 Edgewater Place
Wakefield, MA 01880


Preferred Pharmaceuticals
1250 N Lakeview Ave Ste O
Anaheim, CA 92807


Preferred Property Maintenance
5 Holland #123
Irvine, CA 92618


Presbysterian Health
9521 San Mateo Blvd. NE
Albuquerque, NM 87113

Primary Care Associates of CA
1303 N. Avalon Blvd.
Wilmington, CA 90744


Primary Provider Management
511 S. Joy Street
Corona, CA 92879


Primary Provider Management
2155 Compton Ave.
Corona, CA 92881


Prime Clinical
3675 East Huntington Dr Ste A
Pasadena, CA 91107


Principal Life
711 High Street
Des Moines, IA 50392


Progressive Medical
11085 Gravois Industrial Court
Saint Louis, MO 63128


Promesa Health
1100 S. San Pedro St.
Suite D05
Los Angeles, CA 90015


Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230

Prospect Medical Holdings, Inc.
3415 S. Sepulveda Blvd.
Fl. 9
Los Angeles, CA 90034


Prospect Medical Systems Attn: Jacqui Ca
1920 E 17th St Ste 200
Santa Ana, CA 92705


Providence Health System
14051 Paramount Blvd.
Paramount, CA 90723


Provider Healthcare, LLC
4252 South Highland Drive Suite 104
Salt Lake City, UT 84124


Provider Healthcare, LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074


Quest Diagnostics
File No. 50368
Los Angeles, CA 90074-0368


Rachael Fortney
33751 Silver Lantern Street Apt. B
Dana Point, CA 92629

Radiant Physician Group, Inc.
18231 Irvine Blvd., Ste. 204
Tustin, CA 92780


Radiation Detection Company
3527 Snead Drive
TX 75626


Radiographica Medica Group Inc.
949 South Goodrich Blvd
Los Angeles, CA 90022


Raynor Group Customer Service Department
525 Hempstead Turnpike W.
Hempstead, NY 11552


Ready Medical
7317 E. Alondra Blvd
Paramount, CA 90723


Regal Medical Group
PO Box 371330
Reseda, CA 91337


Regal Medical Group
P.O. Box 371330
Reseda, CA 91337


Regina L. Petersen
P.O. Box 721193
San Diego, CA 92172

RFK Financial
17011 Beach Blvd Ste 900
Huntington Beach, CA 92647


RIAMO INC Ramin Alizadeh
1534 W 25th Street
San Pedro, CA 90732


Richard A. Crandall III
6523 Via Fresco
Anaheim Hills, CA 92807


Richard F. Prince, M.D.
11 Auvergne
Newport Coast, CA 92657


Robert Amster, M.D.
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Robert Amster, M.D., Inc.
PO Box 8979
Newport Beach, CA 92658


Robert M  Pettis MD
31862 South Coast Hwy  Ste 302
Laguna Beach, CA 92651


Robila Ashfaq MD
20 Dinuba
Irvine, CA 92602

Rodney Reid
5014 Foothills Road Apt. F
Lake Oswego, OR 97034


Ronald Casey
34072 Callita Dr.
Dana Point, CA 92629


Rosie Hokanson
33251 Marina Vista Drive
Dana Point, CA 92629


Rotary Club
PO Box 1944
Newport Beach, CA 92659


Roto-Rooter Service & Plumbing
1183 N. Kraemer Place
Anaheim, CA 92806


Ruth E. Leonard MFT
20101 SW Birch St Ste 240
Newport Beach, CA 92660-1721


Rx Security
1200 N. Federal Hwy Suite 200 #50-126
Boca Raton, FL 33432


S.O.S. Flood Experts of CA
23632 Via Fabricante C Mission Viejo
Mission Viejo, CA 92691

Saddleback Shredding
PO Box 34-B
Balboa Island, CA 92662


Saigon Med Group, Inc.
10855 Business Ctr. Dr.
Cypress, CA 90630


Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Sieverts
107 Dover Place
Laguna Niguel, CA 92677


SDGE
305 N. El Camino Real
San Clemente, CA 92672


Sean Murphy
22861 Royal Adelaide Drive
Murrieta, CA 92562


Shadi Aghayeghazvini
26182 Sanz, #D
Mission Viejo, CA 92691


Shannon L. Hagerty
12102 Burl Ave
Hawthorne, CA 90250-3544

Shannon Sohn
3660 Vista Campana N, #21
Oceanside, CA 92057


Sharp Health Plan
4305 University Ave
San Diego, CA 92105


Sign a Rama
26941 Cabot Rd Ste 113
Laguna Hills, CA 92653


Sign Specialists Corporation
111 W. Dyer Road, Unit F
Santa Ana, CA 92707


Signal Systems
2210 4th Ave
South Minneapolis, MN 55404


SJH Medical Staff
1100 W. Stewart Drive
Orange, CA 92868


South Coast Answering Service
11830 Pierce Street Ste 100
Riverside, CA 92505


Southbay Family Health Care
742 West Gardena Blvd
Gardena, CA 90247

Spectrum Fire Protection
9938 Potter Street
Bellflower, CA 90706


Spencer Fields
24865 Eaton Lane
Laguna Niguel, CA 92677


St. Joseph Health System
3345 Michelson Drive, Suite 100
Attn: Tara Cowell, Esq.
Irvine, CA 92612


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


St. Joseph Heritage
845 W. La Veta Ave
Suite 108
Orange, CA 92868


St. Joseph Heritage Healthcare
c/o St. Joseph Health
Attn: Exec. Dir., Prov. Contracting
3345 Michelson Drive, Suite 100
Irvine, CA 92612


ST. JOSEPH HOSPITAL AFFILIATED
279 Imperial Hwy
#710
Fullerton, CA 92835


St. Joseph IPA
500 S. Main Street
Suite 600
Orange, CA 92868

St. Jude Affiliated Physicians
500 S. Main Street
Suite 600
Orange, CA 92868


ST. JUDE HERITAGE
12942 Harbor Blvd.
Garden Grove, CA 92840


St. Mary IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Starcare  Medical Group
1920 E. 17th Street
Suite 200
Santa Ana, CA 92705


Starcare  Medical Group
1920 E. 17th Street
Santa Ana, CA 92705


Stephanie Christman
33951 Manta Ct.
Dana Point, CA 92629


Stephanie Leyva
4312 Cassanna Way, #204
Oceanside, CA 92057


Stephen Daquino
17557 Black Granite Drive
San Diego, CA 92127

Stout Plumbing
5929 E Bluebonnet Ct
Orange, CA 92869


SureClean
3100 Harbor Ste 250
Santa Ana, CA 92704


Surgical Group of South Laguna
31862 S Coast Hwy Ste 201
Laguna Beach, CA 92651


Susan B Strodtbeck MD
118 San Jose Lane
Placentia, CA 92870


Susan Whalley
400 Avenida Castilla Unit P
Laguna Woods, CA 92637


T System Inc. Dept 2537
PO Box 122537
Dallas, TX 75312-2537


Talbert Medical Group
1665 Scenic Ave Ste 100
Costa Mesa, CA 92626


Talbert Medical Group / Healthcare Partn
1665 Scenic Ave
Ste. 100
Costa Mesa, CA 92626

Tamara Robinson
939 Vanderbilt Way
Sacramento, CA 95825


Tara Bingham
50 North La Senda Drive
Laguna Beach, CA 92651


Tehmina Khan
29422 Indian Valley Road
Rancho Palos Verdes, CA 90275


The Loomis Company
850 N. Park Road
Reading, PA 19610


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401


The Rotary Club of Newport Balboa
PO Box 1944
Newport Beach, CA 92663


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thibikha Limited Company
14819 San Luis Rey
Houston, TX 77083

Three Rivers
910 Hale Place
Chula Vista, CA 91914


Three Rivers Provider Network
910 Hale Place
Chula Vista, CA 91914


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Tim Sowers
31374 West 9th Drive
Laguna Niguel, CA 92677


Times Community News c/o Los Angeles Tim
File 54221
Los Angeles, CA 90074


Tochukwu Onyekwuluje
125 Rockview Dr.
Irvine, CA 92612


Tom Hoff
24591 La Hermosa Ave.
Laguna Niguel, CA 92677-2104


Transmetron Inc
1720 S. 1700 E.
Salt Lake City, UT 84108

Travelers CL
Remittance Center
Hartford, CT 06183-1008


Trexpo  Inc.
PO Box 940393
Simi Valley, CA 93094-0393


Tricare
270 32nd Street
San Diego, CA 92102


Tuan Phan
10856 La Fonda Circle
Fountain Valley, CA 92708


UFCW Food and Commercial Workers Insuran
2220 Hyperion Ave.
Los Angeles, CA 90027


UFCW Food and Commercial Workers Insuran
630 Shatto Pl.
Los Angeles, CA 90005


UFCW Food and Commercial Workers Insuran
2701 E. Gage Ave.
Suite 202
Huntington Park, CA 90255


UMR
5151 Pfeiffer Rd.
Suite 400
Cinncinati, OH 45242

UMR
11 Scott Street
Wausau, WI 54403


United Health Care
14980 Sand Canyon Avenue
Irvine, CA 92618


United Health Care
14980 Sand Canyon Avenu
Irvine, CA 92618


Up To Date
95 Sawyer Rd
Waltham, MA 02453-9933


Vantage
2115 Compton Ave
Ste. 300
Corona, CA 92881


Vantage
2115 Compton Ave, Suite 300
Corona, CA 92881


Vicki Bravo
17 Marblehead Place
Laguna Niguel, CA 92677


Victoria Cupic MD
11 Via Tigra Rancho
Santa Margarita, CA 92688-3186

Virdi Aguilar
786 St. James Place
Corona, CA 92882


Walter James Soha MD
617 Sandpiper Drive
Seal Beach, CA 90740


Weatherby Healthcare
P.O. Box 972633
Dallas, TX 75397-2633


Weatherby Healthcare
PO Box 972633
Dallas, TX 75397-2633


WellComp Managed Care Services, Inc
P.O. Box 59914
Riverside, CA 92517


Western Growers Assurance
15525 Sand Canyon
Irvine, CA 92618


Western Growers Assurance Trust
15525 Sand Canyon
Irvine, CA 92618


Wilson Elser  Moskowitz etc LLP
555 South Flower St Ste 2900
Los Angeles, CA 90071-2407

Woodrow P. Wilson MD
24092 Atun
Monarch Beach, CA 92629


Woodrow Wilson, M.D.
24092 Atun
Monarch Beach, CA 92629-4160


Xerox Corp
PO Box 650361
Dallas, TX 75265-0361


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Your Neighborhood Urgent Care, LLC
P.O. Box 8979
Newport Beach, CA 92658